10/17/10
#11090945
47.67
KJ

## ZDARSKY, SAWICKI & AGOSTINELLI LLP
### ATTORNEYS AT LAW
404 CATHEDRAL PLACE
298 MAIN STREET
BUFFALO, N.Y. 14202
716-855-3200

JOSEPH E. ZDARSKY
K. MICHAEL SAWICKI
GUY J. AGOSTINELLI
GERALD T. WALSH
MARK J. SCHLANT
PATRICK A. DUDLEY
THOMAS P. FITCH
DONALD G. POWELL
DAVID E. GUTOWSKI

TELECOPIER: 716-855-3101
(NOT FOR SERVICE OF PAPERS)

November 15, 2010

Clerk
United States Bankruptcy Court
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: **Carl V. Camardo**
    **Case No. 07-04185B**

Ladies and Gentlemen:

    Enclosed is my check no. 10118 for $47.67, payable to the Clerk, representing the dividend(s) payable as follows. Please deposit the funds as listed below into the U.S. Treasury as "unclaimed funds". I have made a diligent effort to located the claimant for said funds and have been unable to locate the claimant.

Claimant: Capital Recovery One     Amount: $ 7.40     Claim Register # 7

Claimant: LVNV Funding     Amount: $ 31.37     Claim Register # 11

Claimant: LVNV Funding     Amount: $ 9.02     Claim Register # 12

_____
Mark J. Schlant, Trustee

Enclosure


